*Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for the United States. Reported below: See 324 Mass. 639, 88 N. E. 2d 121.

No. 491. COMMISSIONER OF INTERNAL REVENUE *v.* RICKENBERG, EXECUTRIX. C. A. 9th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Charles J. Munz, Jr.* for respondent.

No. 507. DAWSON COUNTY ET AL. *v.* HAGEN ET AL. C. A. 9th Cir. Certiorari denied. *Clarence Hanley* for petitioners. *H . Lowndes Maury* for Hagen et al., respondents. *Solicitor General Perlman* filed a memorandum for the United States, respondent, stating that it neither joins in nor opposes the petition.

No. 519. MENEES *v.* COWGILL ET AL. Supreme Court of Missouri. Certiorari denied. *John C. Grover* for petitioner. *Clarence G. Strop* and *E. R. Morrison* for respondents.

No. 533. LINCOLN ELECTRIC Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Ashley M. Van Duzer* and *Thomas V. Koykka* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 467. HALLE, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Edward Halle* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *S. Dee Hanson* for respondent.